[No. 32143-9-I.    Division One.    October 21, 1996.]

LYNN DICKERSON, *Respondent*, v. GYNECOLOGICAL
ASSOCIATES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-14759-2, Dale B. Ramerman, J., entered June 25, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Moynihan, J. Pro Tem.

[No. 34035-2-I.    Division One.    October 21, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ROY MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04318-6, John M. Darrah, J., entered January 24, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 36328-0-I.    Division One.    October 21, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN
ANTHONY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02345-1, Arthur E. Piehler, J., entered March 27, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman, J., and Moynihan, J. Pro Tem.